IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.            ) | Case No. 1:24-MJ-490 |
| ) | |
| KALEEL MALCOLM NAGBE ) | |
| ) | |
| Defendant.   ) | |
| ) | |

**AFFIDAVIT IN SUPPORT OF A**
**CRIMINAL COMPLAINT**

I, Natalee Walker, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION**

1. I am a Police Officer with the Pentagon Force Protection Agency (PFPA), and I have been so employed since 2020. I am currently assigned to the Pentagon Police Division as a Mobile Patrol Officer, located at the Pentagon Building in Arlington, Virginia. As a Police Officer, I investigate and enforce federal violations on the Pentagon Reservation concerning moving vehicles, weapons, controlled substances, and other related offenses. I have gained experience conducting these duties in the field and through trainings centered on these types of investigations.

2. I am a law enforcement officer who is engaged in enforcing criminal laws, including offenses in violation of 32 CFR 234.17 (Vehicle and traffic safety), 32 CFR 234.10 (Possession of a weapon), 32 CFR 234.11 (Alcoholic beverages and controlled substances), 32 CFR 234.6 (Interfering with an agency function), and any other necessary 32 CFR part 234 conduct on The Pentagon Reservation violations. I am authorized to investigate and enforce such

violations of the Code of Federal Regulations and United States Code (including Title 18) as a sworn law enforcement officer under Section 2674 of Title 10 of the United States Code.

3. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other officers and agencies. This affidavit is intended to show merely that there is sufficient probable cause for the requested criminal complaint and does not set forth all my knowledge about this matter.

4. I submit this affidavit in support of a criminal complaint charging KALEEL MALCOLM NAGBE with the unlawful possession of a firearm by a person convicted of a crime punishable by a term of imprisonment exceeding one year, in violation of 18 U.S.C. § 922(g)(1). For the reasons set forth below, I respectfully submit that probable cause exists to believe that on December 7, 2024, NAGBE, who has a prior conviction punishable by a term of imprisonment exceeding one year, drove onto the Pentagon reservation with over 14 pounds of marijuana in the trunk of his vehicle and did conceal a loaded handgun, manufactured outside of the Commonwealth of Virginia, with an attached Glock switch in his underwear when stopped during a traffic stop by Pentagon Police in the Eastern District of Virginia.

## STATEMENT OF PROBABLE CAUSE

5. On December 7, 2024, at approximately 1448 hours, an individual later identified as KALEEL MALCOLM NAGBE, who was driving a black Mercedes A220 4MATIC bearing Maryland license plates (2GJ5701), was stopped by Pentagon Police Officers on the Pentagon Reservation, located in Arlington, Virginia, within the Eastern District of Virginia, for using a handheld communication device, i.e., a cellphone, while operating a motor vehicle, which is in violation of Virginia Code 46.2-818.2 (Using a handheld communication device while operating a motor vehicle).

6.      While conducting the traffic stop, officers on scene could smell the odor of marijuana coming from the vehicle. When officers asked NAGBE to exit the vehicle to conduct a probable cause search for marijuana, NAGBE exited and began questioning officers. When officers asked NAGBE if he possessed anything on his person, he became nervous and fidgety. NAGBE then reentered the vehicle and attempted to flee with officers hanging onto the vehicle. The vehicle was put back into park and NAGBE was eventually detained; it required three officers to do so as NAGBE was physically resisting. One officer injured his hand in this altercation and was transferred to the hospital to receive medical attention.

7.      Once secured, officers conducted a search of NAGBE and discovered a loaded greenish brown Glock 26 with black grip tape around the handle, with serial number "BSMB805" on the barrel, slide, and lower frame. When Pentagon Police Officers ran the registration on this serial number, no results returned for the gun. The gun was fitted with an all-black automatic selector switch on the backplate of the slide, as shown below, which I know, based on my training and experience, individuals affix to semi-automatic handguns to render them fully automatic. The gun was loaded with a full 16 round magazine, and an extra round in the chamber. The magazine was loaded with ten full metal jacket 9mm bullets, one frangible 9mm bullet, and six 9mm hollow point bullets. The gun has this marking: "Made in Austria, Glock Inc. Smyrna, GA."



8.      NAGBE was advised of his *Miranda* rights on scene by Pentagon Police officers prior to any questioning. NAGBE waived his rights and chose to speak to officers on scene. NAGBE stated when he initially retrieved the vehicle, he discovered the gun in the glove box of the Mercedes and retrieved it to avoid any issues.

9.      Once NAGBE was transported to the Pentagon Support Operations Center for processing, he was read his *Miranda* rights a second time by Pentagon Police officers, and he chose to waive his rights again and answer further questions. Officers questioned NAGBE about the gun again, and he provided a different version of events – he stated that once he noticed the

officers' emergency lighting equipment behind him, he opened the center console of the Mercedes to look for his license and discovered the firearm. He then retrieved the firearm and hid it to avoid getting his father in trouble. When NAGBE was questioned by officers concerning the vehicle he stated the Mercedes belonged to his father's company, KMN Real Estate.

10. Pentagon Police Officers conducted a search of the vehicle and discovered two large white trash bags in the trunk and one all black Nike backpack with white logos and a red zipper handle inside the trunk. Inside the first trash bag was seven air sealed transparent plastic bags containing a green leafy substance resembling marijuana (total weight 7.57 lbs.). Inside the second plastic bag was one air sealed transparent plastic bag containing a green leafy substance resembling marijuana and four transparent plastic bags containing a green leafy substance resembling marijuana (total weight 5.15 lbs.). Inside the black Nike backpack were two transparent plastic bags containing a green leafy substance (total weight 1.68 lbs.). The total combined weight of all the possible marijuana discovered in the trunk was 14.40 lbs.

11. Pentagon Police Offers ran a criminal history check on NAGBE and learned that on April 21, 2023, NAGBE was convicted of possession of a firearm (minor) in Montgomery County, Maryland. He was sentenced to a 5-year term of imprisonment, all but 367 days of which was suspended, and five years of probation.

## CONCLUSION

12. Based on the foregoing, I submit that there is probable cause to believe that on December 7, 2024, at approximately 1500 hours, KALEEL MALCOLM NAGBE, who was previously convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a loaded handgun in his underwear in the Eastern District of Virginia, in

violation of 18 U.S.C. § 922(g)(1), and I respectfully request that a criminal complaint be issued for NAGBE.

Respectfully submitted,

Natalee Walker, Police Officer
Pentagon Force Protection Agency

Respectfully submitted and attested to in accordance with the requirements of Fed. R. Crim. P. 41 via telephone on December 9, 2024.

Lindsey R Vaala
Digitally signed by Lindsey R Vaala
Date: 2024.12.09 12:59:17 -05'00'

The Honorable Lindsey R. Vaala
United States Magistrate Judge